Gary Sparling, OSB No.: 030739
sparling@sohalang.com
Soha & Lang, P.S.
1325 Fourth Ave., Ste 2000
Seattle, WA 98101-2570
(206) 624-1800
(206) 624-3583 (fax)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NATIONAL FIRE & MARINE INSURANCE CO.,** a Nebraska corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>**RESOURCE MANAGEMENT ASSOCIATES, INC.,** an Oregon corporation**,**<br><br>             Defendant. | Civil No. 3:17-cv-01832 MO<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff National Fire& Marine Insurance Company hereby voluntarily dismisses this action without prejudice and without fees or costs to any party.

/ /

/ /

/ /

NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF– 1
No. 3:17-cv-01832 MO

5701.00015 ke222v031h

Respectfully submitted this 22 day of May, 2018.

                        SOHA & LANG, P.S.

                        By:   */s/Gary Sparling*
                            Gary Sparling, OSB #030739
                            Phone No.:  206-624-1800
                            Attorneys for Plaintiff